UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTEMPCO CONTROLS LTD.<br><br>Plaintiff,<br><br>v.<br><br>ENDRESS+HAUSER, INC., ENDRESS+HAUSER WETZER (USA), INC., ENDRESS+HAUSER GMBH+CO., ROCKWELL AUTOMATION, INC., PYROMATION, INC., JUMO GMBH & CO. KG, JUMO PROCESS CONTROL, INC., TEL-TRU, INC., AND TEL-TRU DOMESTIC INTERNATIONAL SALES CORP.,<br><br>Defendants. | Civil Action No. 2:10-cv-02152-SDW-ES<br><br>**STIPULATION EXTENDING THE TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD BY DEFENDANT JUMO PROCESS CONTROL, INC.** |

Counsel for Plaintiff Intempco Controls Ltd. and counsel for Defendant JUMO Process Control, Inc., ("JUMO USA"), have conferred and have agreed to stipulate to an extension of the deadline for JUMO USA to answer, move, or otherwise plead in response to Plaintiff's Complaint in this action up to and including July 1, 2010. This is the first request for an extension of this deadline. A proposed order is being filed herewith.

Dated: June 1, 2010

| | |
|---|---|
| _s/ Craig S. Hilliard_<br>Craig S. Hilliard (chilliard@stark-stark.com)<br>STARK & STARK<br>A Professional Corporation<br>P.O. Box 5315<br>Princeton, NJ 08543-5315<br>Tel.: 609-896-9060<br>Fax: 609-895-7395<br><br>*Attorneys for Plaintiff Intempco Controls Ltd.* | _/s/ Denis J. Sullivan_<br>Denis J. Sullivan, Esq.<br>(dsullivan@cny-iplaw.com)<br>*Pro Hac Vice Application To Be Submitted*<br>MULDOON BLASIAK & SULLIVAN LLP<br>250 S. Clinton Street, Suite 300<br>Syracuse, NY 13202<br>Tel.: 315-425-9000<br>Fax: 315-425-9114<br><br>*Attorneys for Defendant JUMO Process Control, Inc.* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTEMPCO CONTROLS LTD.<br><br>                Plaintiff,<br><br>        v.<br><br>ENDRESS+HAUSER, INC., ENDRESS+HAUSER WETZER (USA), INC., ENDRESS+HAUSER GMBH+CO., ROCKWELL AUTOMATION, INC., PYROMATION, INC., JUMO GMBH & CO. KG, JUMO PROCESS CONTROL, INC., TEL-TRU, INC., AND TEL-TRU DOMESTIC INTERNATIONAL SALES CORP.,<br><br>                Defendants. | Civil Action No. 2:10-cv-02152-SDW-ES<br><br>**ORDER EXTENDING THE TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD BY DEFENDANT JUMO PROCESS CONTROL, INC.** |

The Court having considered the stipulation between Plaintiff Intempco Controls Ltd. and Defendant JUMO Process Control, Inc., and good cause being shown therefor,

**HEREBY ORDERS** that the deadline for Defendant JUMO Process Control, Inc. to answer, move, or otherwise plead in response to Plaintiff's Complaint in this action shall be and hereby is extended up to and including July 1, 2010.

Dated: _____, 2010                              _____

2