IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTEMPCO CONTROLS LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ENDRESS+HAUSER, INC., ) <br> ENDRESS+HAUSER WETZER (USA), INC., ) <br> ENDRESS+HAUSER GMBH+CO, ) <br> ROCKWELL AUTOMATION, INC., ) <br> JUMO GMBH & CO. KG, JUMO PROCESS ) <br> CONTROL INC., TEL-TRU, INC., and TEL- ) <br> TRU DOMESTIC INTERNATIONAL ) <br> SALES CORP., ) <br> ) <br> Defendants. ) | Civil Action No. 2:10-CV-02152-SDW-ES <br><br> **ORDER EXTENDING THE TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD BY DEFENDANTS ENDRESS+HAUSER, INC., ENDRESS+HAUSER WETZER (USA), INC., ENDRESS+HAUSER GMBH+CO., AND ROCKWELL AUTOMATION** |

The Court having considered the stipulation between Plaintiff Intempco Controls Ltd. and Defendants Endress+Hauser, Inc., Endress+Hauser Wetzer (USA), Inc., Endress+Hauser GmbH+Co., and Rockwell Automation, Inc., and good cause being shown therefor,

**HEREBY ORDERS** that the deadline for Defendants Endress+Hauser, Inc., Endress+Hauser Wetzer (USA), Inc., Endress+Hauser GmbH+Co., and Rockwell Automation, Inc. to answer, move, or otherwise plead in response to Plaintiff's Complaint in this action shall be and hereby is extended up to and including July 1, 2010.

Dated: June 1, 2010

_[signature]_
U.S.M.J.

NY2 - 547757.02