U. S. DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Intempco Controls Ltd.<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>Endress+Hauser, Inc.; Endress+Hauser Wetzer (USA), Inc.; Endress+Hauser Gmbh+Co; Rockwell Automation, Inc.; Pyromation, Inc.; Jumo Gmbh & Co, KG; Tel-Tru, Inc.; Tel-Tru Domestic International Sales Corp.; Jumo Process Control Inc.<br><br>　　　　　　　Defendants. | Civ. Action No.: 2:10-cv-02152-SDW-ES |

**NOTICE OF APPEARANCE AND**
<u>**DEMAND FOR SERVICE OF PAPERS**</u>

**PLEASE TAKE NOTICE** that defendants, Tel-Tru, Inc. and Tel-Tru Domestic International Sales Corp., hereby appear in this case by its counsel:

Trenk, DiPasquale, Webster,
Della Fera & Sodono, P.C.
347 Mount Pleasant Avenue, Suite 300
West Orange, New Jersey 07052
Attention: Thomas M. Walsh, Esq.
Telephone No.:  (973) 243-8600
Telecopy No.:   (973) 243-8677
e-mail:  twalsh@brtlawfirm.com

**REQUEST IS HEREBY MADE** pursuant to F.R.C.P. 5(a) that all notices given or required to be given in this case, and all papers, pleadings, motions, or applications served or required to be served in this case or any adversary proceeding filed in connection therewith, shall be directed to and served upon the above-referenced counsel.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers filed in the proceeding specified above, but also includes, without limitation,

orders and notices of any application, motion, petition, pleading, request, suggestion, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted and conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way the rights or interests of Tel-Tru, Inc. and/or Tel-Tru Domestic International Sales Corp.

Dated:  June 2, 2010

/s/ Thomas M. Walsh
Thomas M. Walsh (twalsh@trenklawfirm.com)
**Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C.**
347 Mount Pleasant Avenue, Suite 300
West Orange, New Jersey 07052
Tel:  973-323-8675
Fax:  973-243-8677

- and -

/s/ Nicholas Mesiti
Nicholas Mesiti (nm@hrfmlaw.com)
*Pro Hac Vice Application to be submitted*
**Heslin Rothenberg Farley & Mesiti P.C.**
5 Columbia Circle
Albany, New York 12203
Tel:  518-452-5600
Fax:  518-452-5579

*Attorneys for Defendants Tel-Tru, Inc. and Tel-Tru Domestic International Sales Corp.*

F:\WPDOCS\N-Z\Tel-Tru, Inc\Notice of Appearance.doc