McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-7711
Attorneys for Defendant Pyromation, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTEMPCO CONTROLS, LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>ENDRESS+HAUSER, INC.<br>ENDRESS+HAUSER WETZER (USA), INC.,<br>ENDRESS+HAUSER GMBH+CO,<br>ROCKWELL AUTOMATION, INC.,<br>PYROMATION, INC., JUMBO GMBH& CO.<br>KG, JUMBO PROCESS CONTROL, INC.,<br>TEL-TRU, INC., AND TEL-TRUDOMESTIC<br>INTERNATIONAL SALES CORP.,<br><br>Defendants. | Civil Action No.: 2:10-cv-02152-SDW-ES<br><br>ORDER EXTENDING THE TIME TO ANSWER OR OTHERWISE PLEAD BY DEFENDANT PYROMATION, INC.<br><br>(Document Filed Electronically) |

The Court having considered the stipulation between plaintiff, Intempco Controls, Ltd. and defendant, Pyromation, Inc., and good cause being shown therefore,

**HEREBY ORDERS** that the deadline for defendant, Pyromation, Inc., to answer, move, or otherwise plead in response to plaintiff's Complaint in this action shall be and hereby is extended up to and including July 1, 2010.

Dated: June 4, 2010

_____
U.S.M.J.