U. S. DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Intempco Controls Ltd.<br><br>                Plaintiff,<br><br>    v.<br><br>Endress+Hauser, Inc.; Endress+Hauser Wetzer (USA), Inc.; Endress+Hauser Gmbh+Co; Rockwell Automation, Inc.; Pyromation, Inc.; Jumo Gmbh & Co, KG; Tel-Tru, Inc.; Tel-Tru Domestic International Sales Corp.; Jumo Process Control Inc.<br><br>                Defendants. | Civil Action No.: 2:10-cv-02152-SDW-ES<br><br>ORDER EXTENDING THE TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD BY DEFENDANTS TEL-TRU, INC. AND TEL-TRU DOMESTIC INTERNATIONAL SALES CORP. |

The Court having considered the stipulation between Plaintiff Intempco Controls Ltd. and Defendants Tel-Tru, Inc. and Tel-Tru Domestic International Sales Corp., and good cause being shown therefor,

**HEREBY ORDERS** that the deadline for the Defendants Tel-Tru, Inc. and Tel-Tru Domestic International Sales Corp. to answer, move, or otherwise plead in response to Plaintiff's Complaint in this action shall be and hereby is extended up to and including July 1, 2010.

Dated: June 2, 2010

_____, USMJ