UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTEMPCO CONTROLS LTD.<br><br>Plaintiff,<br><br>v.<br><br>ENDRESS+HAUSER, INC., ENDRESS+HAUSER WETZER (USA), INC., ENDRESS+HAUSER GMBH+CO., ROCKWELL AUTOMATION, INC., PYROMATION, INC., JUMO GMBH & CO. KG, JUMO PROCESS CONTROL, INC., TEL-TRU, INC., AND TEL-TRU DOMESTIC INTERNATIONAL SALES CORP.,<br><br>Defendants. | Civil Action No. 2:10-cv-02152-SDW-ES<br><br>**ORDER EXTENDING THE TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD BY DEFENDANT JUMO PROCESS CONTROL, INC.** |

The Court having considered the stipulation between Plaintiff Intempco Controls Ltd. and Defendant JUMO Process Control, Inc., and good cause being shown therefor,

**HEREBY ORDERS** that the deadline for Defendant JUMO Process Control, Inc. to answer, move, or otherwise plead in response to Plaintiff's Complaint in this action shall be and hereby is extended up to and including July 1, 2010.

Dated: June 16, 2010                         _____, USMJ