Alyssa A. Cimino.
**CIMINO & NOWICKI, LLP**
**376 Hollywood Avenue**
**Suite 206**
**Fairfield, New Jersey 07004**
**(862) 210-8036**
**(862) 210-8041 (facsimile)**
Attorneys for JUMO Process Control Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTEMPCO CONTROLS, LTD.<br><br>*Plaintiffs,*<br><br>vs.<br><br>ENDRESS+HAUSER,INC., ENDRESS+HAUSER WETZER (USA), INC., ENDRESS+HAUSER GMBH+CO., ROCKWELL AUTOMATION, INC., PYROMATION, INC., JUMO GMBH & CO., KG, JUMO PROCESS CONTROL, INC., TEL-TRU INC., and TEL-TRU DOMESTIC INTERNATIONAL SALES CORP.,<br><br>*Defendants.* | CASE NO.: 10-CV-2152 (SDW)(ES)<br><br>CIVIL ACTION<br><br>**NOTICE OF APPEARANCE**<br><br>Document Electronically Filed |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Alyssa A. Cimino, Esq. of the law firm Cimino & Nowicki, LLP in this matter on behalf of JUMO Process Control, Inc., **only**.

I hereby certify that I am admitted to practice before this Court.

By:   **/S/ Alyssa A. Cimino**
Alyssa A. Cimino
376 Hollywood Avenue
Suite 206
Fairfield, New Jersey 07004
Telephone: (862) 210-8036
Facsimile: (862) 210-8041

Dated: June 21, 2010                Email: acimino@cnllplaw.com