UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTEMPCO CONTROLS LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ENDRESS+HAUSER, INC., ENDRESS+HAUSER WETZER (USA), INC., ENDRESS+HAUSER GMBH+CO., ROCKWELL AUTOMATION, INC., PYROMATION, INC., JUMO GMBH & CO. KG, JUMO PROCESS CONTROL, INC., TEL-TRU, INC., AND TEL-TRU DOMESTIC INTERNATIONAL SALES CORP.,<br><br>Defendants. | Civil Action No. 2:10-cv-02152-SDW-ES<br><br>**ORDER GRANTING ADMISSION OF DENIS J. SULLIVAN TO PRACTICE *PRO HAC VICE*** |

THIS MATTER having been brought before the Court on application by attorneys for Defendant Jumo Process Control, Inc., and pursuant to Local Civil Rule 101.1(c), having sought the admission *pro hac vice* of Denis J. Sullivan of the law firm of Marjama Muldoon Blasiak & Sullivan LLP, and the Court having considered the certifications submitted in support of said application, and upon good cause appearing;

IT IS on this 30 day of June, 2010 hereby:

ORDERED that the application is granted, and Denis J. Sulllivan is admitted to practice *pro hac vice* before this Court, for all purposes and in all proceedings connected with this litigation; and it is further

ORDERED that Denis J. Sullivan is hereby required to abide by the Federal Rules of Civil Procedure and the New Jersey Federal Practice Rules, including all disciplinary rules; and it is further

ORDERED that Denis J. Sullivan shall make payment to the New Jersey Fund for Client Protection and make a payment of $150.00 payable to the Clerk, USDC.

_____
Madeline Cox Arleo
United States Magistrate Judge