IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTEMPCO CONTROLS LTD., )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>ENDRESS+HAUSER, INC., )<br>ENDRESS+HAUSER WETZER (USA), INC., )<br>ROCKWELL AUTOMATION, INC., )<br>PYROMATION, INC., JUMO GMBH & CO. KG, )<br>JUMO PROCESS CONTROL INC., TEL-TRU, )<br>INC., and TEL-TRU DOMESTIC )<br>INTERNATIONAL SALES CORP., )<br>)<br>   Defendants. )<br>_____ ) | Civil Action No. 2:10-CV-02152-SDW-MCA<br><br><br><br><br>**CERTIFICATION OF**<br>**THOMAS N. PIEPER**<br>**IN SUPPORT OF**<br>**ADMISSION *PRO HAC VICE*** |

I, Thomas N. Pieper, hereby certify as follows:

1. I am counsel at the law firm of Chadbourne & Parke LLP, attorneys for defendants Endress+Hauser, Inc., Endress+Hauser Wetzer (USA), Inc., and Rockwell Automation, Inc.

2. I was admitted to the Bar of the State of New York in 2001. I am and have been since then a member in good standing of the Bar of the State of New York. The address of the office maintaining the roll of such members of the Bar of the State of New York is 1 Elk Street, Albany, NY 12207.

3. I was admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York (located at 500 Pearl Street, New York, New York 10007 and 225 Cadman Plaza East, Brooklyn, NY 11201, respectively) in 2002, the United States Court of International Trade (located at 1 Federal Plaza, New York, New York 10278) in 2004, the Federal Circuit Court of Appeals (located at 717 Madison Place, N.W. Washington, D.C. 20439) in 2005, the United States Supreme Court (located at 1 First Street, NE Washington, D.C. 20543) in 2005, and the Second Circuit Court of Appeals (located at 40 Foley Square, New York, New York 10007) in 2006.

4. I was admitted to practice before the District Courts of Munich I (Landgericht München I, Prielmayerstraße 7, 80335 München, Germany) and Munich II (Landgericht München II, Denisstr. 3, 80335 München, Germany) in 1996.

5.  No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 12, 2010

*[signature]*
Thomas N. Pieper
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: tpieper@chadbourne.com

*Attorneys for Defendants*
*Endress+Hauser, Inc., Endress+Hauser Wetzer*
*(USA), Inc., and Rockwell Automation, Inc.*