IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTEMPCO CONTROLS LTD., | ) |
| Plaintiff, | ) Civil Action No. 2:10-CV-02152-SDW-MCA |
| v. | ) |
| ENDRESS+HAUSER, INC., ENDRESS+HAUSER WETZER (USA), INC., ROCKWELL AUTOMATION, INC., PYROMATION, INC., JUMO GMBH & CO. KG, JUMO PROCESS CONTROL INC., TEL-TRU, INC., and TEL-TRU DOMESTIC INTERNATIONAL SALES CORP., | ) **CERTIFICATION OF JOHN M. HINTZ IN SUPPORT OF ADMISSION *PRO HAC VICE*** |
| Defendants. | ) |

I, John M. Hintz, hereby certify as follows:

1. I am a member of the law firm Chadbourne & Parke LLP, attorneys for Defendants Endress+Hauser, Inc., Endress+Hauser Wetzer (USA), Inc., and Rockwell Automation, Inc. in the within matter.

2. I was admitted to the bar of State Bar of New York in 1989. I am and have been since then a member in good standing of the Bar of the State of New York. The name and address of the official or office maintaining the roll of such members of the Bar of the State of New York is 1 Elk Street, Albany, NY 12207.

3. I was admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York in 1989 (located at 500 Pearl Street, New York, New York 10007 and 225 Cadman Plaza East, Brooklyn, NY 11201, respectively), the Court of Appeals for the Federal Circuit in 1989 (located at 717 Madison Place, N.W., Washington, D.C. 20439), the United States Patent and Trademark Office in 1989 (located at 600 Dulany Street Alexandria, VA 22314), the United States District Court for Western District of New York in 1992 (located at 100 State Street Rochester, NY 14614), the United States Supreme Court in 1998 (located at 1 First Street, NE Washington, DC 20543), the United States District Court for the District of Colorado in 1998 (located at 901 19th Street Denver,

Colorado 80294), and the United States District Court for the Western District of Wisconsin in 2009 (located at 120 North Henry Street, Room 320 P.O. Box 432 Madison, WI 53701).

4. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 12, 2010

                                    John M. Hintz
                                    CHADBOURNE & PARKE LLP
                                    30 Rockefeller Plaza
                                    New York, NY 10112
                                    Tel.: (212) 408-5100
                                    Fax: (212) 541-5369
                                    Email: jhintz@chadbourne.com

                                    Attorneys for Defendants
                                    Endress+Hauser, Inc., Endress+Hauser Wetzer
                                    (USA), Inc., and Rockwell Automation, Inc.