UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTEMPCO CONTROLS LTD.,<br><br>Plaintiff,<br><br>- against -<br><br>ENDRESS+HAUSER, INC., ENDRESS+HAUSER WETZER (USA), INC., ENDRESS+HAUSER GMBH+CO, ROCKWELL AUTOMATION, INC, PYROMATION, INC., JUMO GMBH & CO. KG, JUMO PROCESS CONTROL INC., TEL-TRU, INC., and TEL-TRU DOMESTIC INTERNATIONAL SALES CORP.,<br><br>Defendants. | Civil Action No. 10-02152-SDW-MCA |

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

Plaintiff Intempco Controls Ltd. ("Intempco") has advised Defendants that it will be filing an Amended Complaint on or before July 9, 2010. In light of this upcoming filing, the parties agree that Defendants need not answer, move, or otherwise plead in response to the original Complaint on July 1, 2010 which is the current deadline. The parties further agree that the deadline for each Defendant to answer, move, or otherwise plead in response to the Amended

{1431-001/00067390.DOC}

Complaint shall be five (5) business days after service of the Amended Complaint on each such Defendant.

Respectfully submitted,

| | |
|---|---|
| STARK & STARK<br>By: /s/ Craig S. Hilliard<br>   Craig S. Hilliard<br>   chilliard@stark-stark.com<br><br>P.O. Box 5315<br>Princeton, New Jersey 08543<br>(609) 896-9060<br><br>*Attorneys for Plaintiff, Intempco Controls Ltd.* | CHADBOURNE & PARKE LLP<br>By: /s/ Joseph G. Falcone<br>   Joseph G. Falcone<br>   jfalcone@chadbourne.com<br><br>30 Rockefeller Plaza<br>New York, New York 10112<br>(212) 408-5100<br><br>*Attorneys for Defendants, Endress+Hauser (all) and Rockwell Automation, Inc.* |
| TRENK, DIPASQUALE, WEBSTER, DELLA FERA & SODONO, P.C.<br>By: /s/ Thomas M. Walsh<br>   Thomas M. Walsh<br>   twalsh@trenklawfirm.com<br><br>347 Mount Pleasant Avenue, Suite 300<br>West Orange, New Jersey 07052<br>(973) 243-8600<br><br>*Attorneys for Defendants, Tel-Tru, Inc. and Tel-Tru Domestic International Sales Corp.* | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>By: /s/ Thomas F. McGuane<br>   Thomas F. McGuane<   tmcguane@mdmc-law.com<br><br>Three Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-7711<br><br>*Attorneys for Defendant, Pyromation, Inc.* |

CIMINO & NOWICKI, LLP
By: /s/ Alyssa A. Cimino
   Alyssa A. Cimino
   acimino@cnllplaw.com

376 Hollywood Avenue, Suite 206
Fairfield, New Jersey 07004
(973) 986-0412

*Attorneys for Defendant, Jumo Process Control, Inc.*

**SO ORDERED:**

DATED: July 12-10

_____
U.S. District Court Judge
   May.

{1431-001/00067390.DOC}