UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTEMPCO CONTROLS LTD.,<br><br>          Plaintiff,<br><br>    v.<br><br>ENDRESS+HAUSER, INC., ENDRESS+HAUSER WETZER (USA), INC., ENDRESS+HAUSER GMBH+CO., ROCKWELL AUTOMATION, INC., PYROMATION, INC., JUMO GMBH & CO. KG, JUMO PROCESS CONTROL, INC., TEL-TRU, INC., AND TEL-TRU DOMESTIC INTERNATIONAL SALES CORP.,<br><br>          Defendants. | Civil Action No. 2:10-cv-02152-SDW-MCA<br><br>**DEFENDANT JUMO GMBH & CO. KG'S RULE 7.1 DISCLOSURE STATEMENT** |

Defendant JUMO GmbH & Co. KG ("JUMO GMBH") states that it has no parent corporation and that no publicly held corporation or affiliate owns ten percent or more of its stock.

Dated: July 26, 2010

                                                        */s/ Alyssa A. Cimino*
                                                        Alyssa A. Cimino
                                                        CIMINO & NOWICKI LLP
                                                        376 Hollywood Avenue, Suite 206
                                                        Fairfield, NJ 07004
                                                         Tel.:   862-210-8036
                                                         Fax:   862-210-8041
                                                         Email: acimino@cnllplaw.com

                                                         Denis J. Sullivan
                                                         MARJAMA MULDOON BLASIAK & SULLIVAN LLP
                                                        250 S. Clinton Street, Suite 300
                                                        Syracuse, NY 13202
                                                        Tel.:   315-425-9000
                                                        Fax:   315-425-9114
                                                        Email: dsullivan@cny-iplaw.com

                                                         *Attorneys for Defendant JUMO GmbH & Co. KG*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th of July, 2010, I electronically filed the foregoing **DEFENDANT JUMO GMBH & CO. KG'S RULE 7.1 DISCLOSURE STATEMENT** with the Clerk of the United States District Court for the District of New Jersey, using the CM/ECF system, which is believed to have sent notification of such filing to the following:

Craig S. Hilliard (chilliard@stark-stark.com)
Martin P. Schrama (mschrama@stark-stark.com)
Joseph G. Falcone (jfalcone@chadbourne.com)
Thomas F. McGuane (tmcguane@mdmc-law.com)
Thomas M. Walsh (twalsh@trenklawfirm.com)

Dated: July 26, 2010

/s/ Alyssa A. Cimino
Alyssa A. Cimino
CIMINO & NOWICKI LLP
376 Hollywood Avenue, Suite 206
Fairfield, NJ 07004
Tel.:   862-210-8036
Fax:   862-210-8041
Email: acimino@cnllplaw.com

Denis J. Sullivan
MARJAMA MULDOON BLASIAK & SULLIVAN LLP
250 S. Clinton Street, Suite 300
Syracuse, NY 13202
Tel.:   315-425-9000
Fax:   315-425-9114
Email: dsullivan@cny-iplaw.com

*Attorneys for Defendant JUMO GmbH & Co. KG*