Joseph G. Falcone
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5100

Attorney for Defendants Endress+Hauser, Inc.,
Endress+Hauser Wetzer (USA), Inc., and
Rockwell Automation, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTEMPCO CONTROLS LTD., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 2:10-CV-02152-SDW-MCA |
| | ) |
| v. | ) |
| | ) |
| ENDRESS+HAUSER, INC., | ) Document Electronically Filed |
| ENDRESS+HAUSER WETZER (USA), INC., | ) |
| ROCKWELL AUTOMATION, INC., | ) |
| PYROMATION, INC., JUMO GMBH & CO. | ) |
| KG, JUMO PROCESS CONTROL INC., | ) |
| TEL-TRU, INC., and TEL-TRU DOMESTIC | ) |
| INTERNATIONAL SALES CORP., | ) |
| | ) |
| Defendants. | ) |

### REQUEST BY LOCAL COUNSEL FOR
### PRO HAC VICE ATTORNEY
### TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by the undersigned local counsel for *pro hac vice* counsel below (John M. Hintz) to receive electronic notification in the above-captioned matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the above-captioned matter has been entered (*see* Docket No. 32); and

2. The Admission Fee in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated:  July 30, 2010                                             /s/ Joseph G. Falcone
                                                                                       Joseph G. Falcone

PRO HAC VICE ATTORNEY INFORMATION:

| | |
|---|---|
| Name: | John M. Hintz |
| Address: | CHADBOURNE & PARKE LLP |
| | 30 Rockefeller Plaza |
| | New York, New York 10112 |
| E-mail: | jhintz@chadbourne.com |

**CERTIFICATION OF SERVICE**

I hereby certify that on this day I have electronically filed the foregoing REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION with the Clerk of Court using the CM/ECF System, which will automatically send email notification of such filing to all attorneys of record.

This 30th day of July, 2010.

By: /s/ Joseph G, Falcone
Joseph G. Falcone