McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
Tele: (973) 622-7711
Fax: (973) 622-5314
tmcguane@mdmc-law.com
**ATTORNEYS FOR DEFENDANT
PYROMATION, INC.**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTEMPCO CONTROLS, LTD.,<br><br>   Plaintiff,<br><br>vs.<br><br>ENDRESS+HAUSER, INC.<br>ENDRESS+HAUSER WETZER (USA), INC.,<br>ENDRESS+HAUSER GMBH+CO,<br>ROCKWELL AUTOMATION, INC.,<br>PYROMATION, INC., JUMBO GMBH& CO.<br>KG, JUMBO PROCESS CONTROL, INC.,<br>TEL-TRU, INC., AND TEL-TRUDOMESTIC<br>INTERNATIONAL SALES CORP.,<br><br>   Defendants. | Civil Action No.:2:10-cv-02152-SDW-ES<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS**<br><br>(Document Filed Electronically) |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150.00 pursuant to L.Civ.R.101-1(c)(3) has been paid to the Clerk of the Court.

Dated: August 2, 2010

/s/ Thomas F. McGuane
Thomas F. McGuane

PRO HAC VICE ATTORNEY INFORMATION:

Name:     D. Randall Brown, Esq.

Address:  Barnes & Thornburg, LLP
          600 One Summit Square
          Fort Wayne, Indiana 46802

E-Mail:   Randy.Brown@btlaw.com