UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTEMPCO CONTROLS LTD.,<br><br>                Plaintiff,<br><br>vs.<br><br>ENDRESS+HAUSER, INC.,<br>ENDRESS+HAUSER WETZER (USA),<br>INC., ENDRESS+HAUSER GMBH + CO.,<br>ROCKWELL AUTOMATION, INC.,<br>PYROMATION, INC., JUMO GMBH & CO.<br>KG, JUMO PROCESS CONTROL, INC.,<br>TEL-TRU, INC., AND TEL-TRU<br>DOMESTIC INTERNATIONAL SALES<br>CORP.,<br><br>                Defendants. | Civil Action No. 2:10-cv-02152-SDW-ES |

**REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by Craig S. Hilliard, Esquire, local counsel for Plaintiff, Intempco Controls Ltd., for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

      1.      An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

-2-

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150.00, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

                                  STARK & STARK
                                  A Professional Corporation

                            By:    s/ Craig S. Hilliard, Esq.
                                  CRAIG S. HILLIARD, ESQ.
                                  PO Box 5315
                                  Princeton, NJ 08543-5315
                                  (609) 896-9060
                                  *Attorneys for Plaintiff, Intempco Controls Ltd.*

**PRO HAC VICE ATTORNEY INFORMATION**:

| | | | |
|---|---|---|---|
| Name: | Karen H. Bromberg, Esquire | Name: | Sandra C. McCallion, Esquire |
| Address: | Cohen & Gresser, LLP<br>800 Third Avenue<br>New York, NY 10022 | Address: | Cohen & Gresser, LLP<br>800 Third Avenue<br>New York, NY 10022 |
| Phone: | (212) 957-7600 | Phone: | (212) 957-7600 |
| Fax: | (212) 957-4514 | Fax: | (212) 957-4514 |
| e-Mail: | kbromberg@cohengresser.com | e-Mail: | smccallion@cohengresser.com |
| Name: | Francisco A. Villegas, Esquire | Name: | Evan M. Rosenbaum, Esquire |
| Address: | Cohen & Gresser, LLP<br>800 Third Avenue<br>New York, NY 10022 | Address: | Cohen & Gresser, LLP<br>800 Third Avenue<br>New York, NY 10022 |
| Phone: | (212) 957-7600 | Phone: | (212) 957-7600 |
| Fax: | (212) 957-4514 | Fax: | (212) 957-4514 |
| e-Mail: | fvillegas@cohengresser.com | e-Mail: | erosenbaum@cohengresser.com |
| Name: | Damir Cefo, Esquire | | |
| Address: | Cohen & Gresser, LLP<br>800 Third Avenue<br>New York, NY 10022 | | |
| Phone: | (212) 957-7600 | | |
| Fax: | (212) 957-4514 | | |
| e-Mail: | dcefo@cohengresser.com | | |