U. S. DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Intempco Controls Ltd.<br><br>         Plaintiff,<br><br>  v.<br><br>Endress+Hauser, Inc.; Endress+Hauser Wetzer (USA), Inc.; Endress+Hauser Gmbh+Co; Rockwell Automation, Inc.; Pyromation, Inc.; Jumo Gmbh & Co, KG; Jumo Process Control Inc.; Tel-Tru, Inc.; Tel-Tru Domestic International Sales Corp.<br>         Defendants. | Civil Action No.: 2:10-cv-02152-SDW-ES<br><br>**ORDER GRANTING ADMISSION OF NICHOLAS MESITI TO PRACTICE *PRO HAC VICE*** |

THIS MATTER, having been brought before the Court on motion by attorneys for Defendants, Tel-Tru, Inc. and Tel-Tru Domestic International Sales Corp., and pursuant to Local Civil Rule 101.1(c), having sought the admission *pro hac vice* of Nicholas Mesiti of the law firm Heslin Rothenberg Farley & Mesiti P.C., and the Court having considered the certification submitted in support of said motion, and upon good cause appearing;

IT IS, on this _11_ day of _Aug_, 2010 hereby:

ORDERED that the motion is granted, and Nicholas Mesiti is admitted to practice *pro hac vice* before this Court, for all purposes and in all proceedings connected with this litigation; and it is further

ORDERED that Nicholas Mesiti is hereby required to abide by the Federal Rules of Civil Procedure and the New Jersey Federal Practice Rules, including disciplinary rules; and it is further

ORDERED that Nicholas Mesiti shall make payment to the New Jersey Fund for Client Protection and make a payment of $150.00 payable to the Clerk, USDC.

_____
The Honorable Madeline Cox Arleo
United States Magistrate Judge

F:\WPDOCS\N-Z\Tel-Tru, Inc\Pro Hac Vice-Order.doc