**COHEN & GRESSER** LLP

800 Third Avenue
New York, New York 10022
212 957 7600 phone
212 957 4514 fax
www.cohengresser.com

Sandra C. McCallion
212 957 7605
smccallion@cohengresser.com

January 14, 2011

VIA ECF

Honorable Madeline Cox Arleo
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

Re:  *Intempco Controls Ltd. v. Endress+Hauser, Inc. et al.* (10-CV-02152-SDW-MCA)

Dear Judge Arleo:

By this letter, Plaintiff Intempco Controls, Ltd., with the consent of all Defendants, respectfully requests an adjournment of the scheduled January 17, 2011 deadline to file the Joint Claim Construction and Prehearing Statement pursuant to Local Patent Rule 4.3 to January 25, 2011.

The parties seek the adjournment in light of recent discussions regarding the possibility of settlement by mediation. If the discussions do not lead to mediation, the parties propose to keep the remainder of the claim construction schedule unchanged. Currently, the Opening *Markman* Submissions are due March 3, 2011; responding briefs are due May 2, 2011; and the parties' joint proposal concerning the *Markman* schedule is due May 16, 2011.

No party to the above-referenced matter has previously requested an adjournment of the January 17, 2011 deadline.

Respectfully submitted,

*/s/ Sandra C. McCallion*

Sandra C. McCallion

cc:   All counsel of record (via ECF)

00077339