**COHEN & GRESSER LLP**

800 Third Avenue
New York, New York 10022
212 957 7600 phone
212 957 4514 fax
www.cohengresser.com

Sandra C. McCallion
212 957 7605
smccallion@cohengresser.com

January 13, 2011

<u>VIA ECF</u>

Honorable Madeline Cox Arleo
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

Re:  *Intempco Controls Ltd. v. Endress+Hauser, Inc. et al.* (10-CV-02152-SDW-MCA)

Dear Judge Arleo:

By this letter, Plaintiff Intempco Controls, Ltd., with the consent of all Defendants, respectfully requests an adjournment of the scheduled January 14, 2011 deadline to file any motions to compel compliance with the Local Patent Rules.

The parties seek the adjournment in light of the document production Intempco received from defendant Endress+Hauser, Inc. on January 11, 2011. The production consisted of 518 pages of technical documents, many in German, and Intempco has not had adequate time to complete a substantive review. Endress+Hauser has also represented to us that they intend to produce additional documents on Friday, January 14, 2011, the date the motion is due. Rather than use the Court's time for issues that may be unnecessary to address, we propose to review the Endress+Hauser documents and then meet and confer to determine if some or all of the issues raised in Intempco's pre-motion letter have become moot in light of the production.

The request affects the briefing and oral argument schedules. Currently, the opening briefs are due January 14, 2011; opposition papers are due January 28, 2011; and reply papers on February 4, 2011. Oral argument is scheduled for February 17, 2011.

00077165

**COHEN & GRESSER** LLP

Honorable Madeline Cox Arleo
United States District Court
January 13, 2011
Page 2

The parties propose to extend these deadlines as follows:

    February 4, 2011 – Motion Papers Due

    February 18, 2011 – Opposition Papers Due

    February 25, 2011 – Reply Papers Due ✱

The parties respectfully request that the Court hear oral argument at its earliest convenience after this date.

No party to the above-referenced matter has previously requested an adjournment of the January 14, 2011 deadline.

                                Respectfully submitted,

                                *[signature]*

                                Sandra C. McCallion

cc:    All counsel of record (via ECF)

*[Handwritten note:]* ✱ oral argument scheduled for March 24, 2011 at 11:00am

*[Handwritten note:]* So ordered MCA [illegible] 1/19/11

00077165