UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTEMPCO CONTROLS LTD., <br><br> Plaintiff, <br><br> - against - <br><br> ENDRESS+HAUSER, INC., ENDRESS+HAUSER WETZER (USA), INC., ROCKWELL AUTOMATION, INC, PYROMATION, INC., JUMO GMBH & CO. KG, JUMO PROCESS CONTROL INC., TEL-TRU, INC., and TEL-TRU DOMESTIC INTERNATIONAL SALES CORP., <br><br> Defendants. | Civil Action No. 2:10-02152-SDW-MCA |

## STIPULATION OF DISMISSAL

WHEREAS, Plaintiff Intempco Controls Ltd. and Defendants JUMO GmbH & Co. KG and JUMO Process Control Inc. have entered into settlement agreements resolving all matters here in controversy and have agreed that all claims, defenses, and counterclaims asserted in this action should consequently be dismissed with prejudice (the "Settlement Agreements").

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned parties, through their representatives, and counsel that all claims, defenses, and counterclaims asserted in this action be, and the same hereby are, dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Each party shall bear its own costs and attorney's fees.

This Stipulation of Dismissal may be signed in counterparts;

00079315

Facsimile and scanned signatures of this Stipulation of Dismissal shall have the same force and effect as original signatures; and

This Court shall retain jurisdiction to enforce the terms of the Settlement Agreements.

STIPULATED AND AGREED TO:

| COHEN & GRESSER LLP | MARJAMA MULDOON BLASIAK & SULLIVAN LLP |
|---|---|
| By: *Karen H. Bromberg* | By: *[signature]* |
| Date: 2/23/11 | Date: 2/23/2011 |
| Karen H. Bromberg | Denis J. Sullivan |
| 800 Third Avenue | 250 South Clinton Street, Suite 300 |
| New York, New York 10022 | Syracuse, New York 13202 |
| Telephone: (212) 957-7600 | Telephone: (315) 425-9000 |
| kbromberg@cohengresser.com | DSullivan@cny-iplaw.com |
| | |
| STARK & STARK | CIMINO & NOWICKI, LLP |
| A Professional Corporation | Alyssa A. Cimino |
| Craig S. Hilliard | 376 Hollywood Avenue |
| P.O. Box 5315 | Fairfield, New Jersey 07004 |
| Princeton, New Jersey 08543-5315 | Telephone: (973) 986-0412 |
| Telephone: (609) 896-9060 | Facsimile: (973) |
| chilliard@stark-stark.com | acimino@cnllplaw.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *Intempco Controls Ltd.* | *JUMO GmbH Co. KG and* |
| | *JUMO Process Control Inc.* |

SO ORDERED this 24th day of February, 2011.

*[signature]*
Honorable Susan D. Wigenton
United States District Judge

00079315