STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NEW JERSEY 08543-5315
(609) 896-9060

and

COHEN & GRESSER LLP
800 THIRD AVENUE
NEW YORK, NEW YORK 10022
(212) 957-7600
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTEMPCO CONTROLS LTD., <br><br> Plaintiff, <br><br> - against - <br><br> ENDRESS+HAUSER, INC., ENDRESS+HAUSER WETZER (USA), INC., ROCKWELL AUTOMATION, INC., PYROMATION, INC., JUMO GMBH & CO. KG, JUMO PROCESS CONTROL INC., TEL-TRU, INC., and TEL-TRU DOMESTIC INTERNATIONAL SALES CORP., <br><br> Defendants. | Civil Action No. 2:10-cv-02152-SDW-MCA <br><br> **STIPULATION OF DISMISSAL** |

**WHEREAS,** Plaintiff Intempco Controls Ltd. and Defendants Tel-Tru, Inc. and Tel-Tru Domestic International Sales Corp. have entered into a Settlement Agreement and Release resolving this action and have agreed that all claims, defenses, and counterclaims asserted herein should be dismissed with prejudice.

**IT IS HEREBY STIPULATED AND AGREED,** by and among the undersigned parties, through their representatives, and counsel that all claims, defenses, and counterclaims

00079508

asserted in this action be, and the same hereby are, dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Each party shall bear its own costs and attorneys' fees. This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement and Release.

**STIPULATED AND AGREED TO:**

COHEN & GRESSER LLP

By: _Kan H. Bromberg_

Date: _2/25/11_

Karen H. Bromberg
800 Third Avenue
New York, New York  10022
Telephone:  (212) 957-7600
kbromberg@cohengresser.com

STARK & STARK
A Professional Corporation
Craig S. Hilliard
P.O. Box 5315
Princeton, New Jersey 08543-5315
Telephone:  (609) 896-9060
chilliard@stark-stark.com


*Attorneys for Plaintiff*
*Intempco Controls Ltd.*


HESLIN ROTHENBERG FARLEY & MESITI P.C.

By: _NM_

Date: _2/25/11_

Nicholas Mesiti
5 Columbia Circle
Albany, New York 12203
Telephone:  (518) 452-5600
Nm@hrfmlaw.com

TRENK, DEPASQUALE, WEBSTER, DELLA,
FERA & SODONO, PC
Thomas M. Walsh
347 Mount Pleasant Avenue
Suite 300
West Orange, NJ 07052
Telephone:  (973) 243-8600
twalsh@trenklawfirm.com


*Attorneys for Defendants*
*Tel-Tru, Inc. and Tel-Tru Domestic International*
*Sales Corp.*


SO ORDERED this ____ day of _____ 2011.


_____
Honorable Susan D. Wigenton
United States District Judge

00079508