**COHEN & GRESSER LLP**

800 Third Avenue
New York, New York 10022
212 957 7600 phone
212 957 4514 fax
www.cohengresser.com

Evan M. Rosenbaum
212 957 7018
erosenbaum@cohengresser.com

March 1, 2011

VIA ECF

Honorable Madeline Cox Arleo
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

    Re: *Intempco Controls Ltd. v. Endress+Hauser, Inc. et al.* (10-CV-02152-SDW-MCA)

Dear Judge Arleo:

    By this letter, Plaintiff Intempco Controls, Ltd., with the consent of all remaining Defendants, respectfully requests an adjournment of the telephone status conference currently scheduled for March 4, 2011 in view of their continuing progress toward settlement. No previous adjournment of this status conference has been requested.

                                                Respectfully submitted,

                                                Evan M. Rosenbaum

cc:    All counsel of record (via ECF)

00079785