**COHEN & GRESSER LLP**

800 Third Avenue
New York, New York 10022
212 957 7600 phone
212 957 4514 fax
www.cohengresser.com

Francisco A. Villegas
212 957 2018
fvillegas@cohengresser.com

March 4, 2011

<u>VIA ECF</u>

Honorable Madeline Cox Arleo
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

      Re:  <u>*Intempco Controls Ltd. v. Endress+Hauser, Inc. et al.*(10-CV-02152-SDW-MCA)</u>

Dear Judge Arleo:

    By this letter, Plaintiff Intempco Controls, Ltd., with the consent of all remaining Defendants, respectfully requests an adjournment of the Joint Claim Construction and Prehearing Statement (March 8, 2011) and Motions to Compel Compliance with Patent Rules (March 18, 2011) to dates as set by the Court at the next status conference which we understand will be held on March 24 at 11:00 am.

                                               Respectfully submitted,

                                               Francisco A. Villegas

cc:    All counsel of record (via ECF)

00080006