```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW JERSEY


      INTEMPCO CONTROLS LTD.   :
                                        Civil 10-2152(SDW)


      V.                       :


      ENDRESS + HAUSER, INC.,
                 Et al         :
```

It appearing that this matter has been marked closed in error;

It is on this 26th day of April, 2011,

ORDERED that this action be and is hereby reopened and placed back on the court's active docket;

```
                                   s/Susan D. Wigenton
                                     SUSAN D. WIGENTON
                                 United States District Judge
```