STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NEW JERSEY 08543-5315
(609) 896-9060

and

COHEN & GRESSER LLP
800 THIRD AVENUE
NEW YORK, NEW YORK 10022
(212) 957-7600
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTEMPCO CONTROLS LTD.,<br><br>　　　　Plaintiff,<br><br>- against -<br><br>ENDRESS+HAUSER, INC., ENDRESS+HAUSER WETZER (USA), INC., ROCKWELL AUTOMATION, INC., PYROMATION, INC., JUMO GMBH & CO. KG, JUMO PROCESS CONTROL INC., TEL-TRU, INC., and TEL-TRU DOMESTIC INTERNATIONAL SALES CORP.,<br><br>　　　　Defendants. | Civil Action No. 2:10-cv-02152-SDW-MCA<br><br>**STIPULATION OF DISMISSAL** |

　　　　**WHEREAS,** Plaintiff Intempco Controls Ltd. and Defendant Pyromation, Inc. have entered into a Settlement Agreement resolving this action and have agreed that all claims, defenses, and counterclaims asserted herein should be dismissed with prejudice;

　　　　**IT IS HEREBY STIPULATED AND AGREED,** by and among the undersigned parties, through their representatives and counsel that all claims, defenses, and counterclaims

asserted in this action be, and the same hereby are, dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Each party shall bear its own costs and attorneys' fees. This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

**STIPULATED AND AGREED TO:**

COHEN & GRESSER LLP

By: _____

Date: 6/1/11

Karen H. Bromberg
800 Third Avenue
New York, New York 10022
Telephone: (212) 957-7600
kbromberg@cohengresser.com

STARK & STARK
A Professional Corporation
Craig S. Hilliard
P.O. Box 5315
Princeton, New Jersey 08543-5315
Telephone: (609) 896-9060
chilliard@stark-stark.com

*Attorneys for Plaintiff
Intempco Controls Ltd.*

BARNES & THORNBURG LLP

By: _____

Date: 6/1/11

D. Randall Brown
600 One Summit Square
Fort Wayne, IN 46802
Tel.: (260) 423-9440
Randy.Brown@btlaw.com

MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
Thomas F. McGuane, Esq.
100 Mulberry Street
Three Gateway Center
17th Floor Essex Co.
Newark, NJ 07102-4079
tmcguane@mdmc-law.com

*Attorneys for Defendant
Pyromation, Inc.*

SO ORDERED this 2nd day of June, 2011.

Honorable Susan D. Wigenton
United States District Judge